# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

Gregg Ramsdell        **Repayment Agreement and Order**        No: 4:19-CR-34-001

On August 18, 2020, Gregg Ramsdell was sentenced to 12 months imprisonment followed by a 36-month term of supervised release.

After a review of his financial status, the following repayment agreement has been reached with Mr. Ramsdell. Please acknowledge approval or disapproval of the proposed payment plan and sign below.

**FINE/RESTITUTION/SPECIAL ASSESSMENT REPAYMENT AGREEMENT:**

1. As a result of the judgment entered against me on August 18, 2020, I have been ordered to pay a total restitution of $76,000.

2. On December 3, 2021, I began my service of 36 months of supervised release in the Northern District of Georgia. I currently owe $75,776.33, having paid a total of $223.67 towards my restitution.

3. After reviewing my current income and my necessary monthly expenditures, the proposed repayment schedule has been agreed upon by all parties. Beginning on the 30th day of March, 2022, I will tender to the United States a certified check or money order, payable to the Clerk, U.S. District Court, in the amount of not less than $200.00 per month during the term of supervision.

_____         20 Jan 2022
Gregg Ramsdell                                   Date

_____         January 21, 2022
Amanda Hornbeck, U.S. Probation Officer      Date

_____         January 21, 2022
Assistant U.S. Attorney                       Date

**THE COURT ORDERS:**

☒ Approval    ☐ Disapproval

s/ Clay D. Land
Clay D. Land
U.S. District Judge

1/24/2022
Date